Taylor Reeves, Esq.
Nevada Bar No. 15987
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: treeves@spencerfane.com

*Attorney for USAA General Indemnity Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ALEKSANDRA A. SAMBORSKAYA, | Civil Action No.: 2:26-cv-01044-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| USAA GENERAL INDEMNITY COMPANY, | **[FIRST REQUEST]** |
| Defendant. | |

Defendant USAA General Indemnity Company ("*USAA GIC*"), by and through its counsel of record, Spencer Fane LLP and Plaintiff Aleksandra A. Samborskaya hereby stipulate to extend discovery deadlines as follows.

**A. DISCOVERY THAT HAS BEEN COMPLETED:**

i.   Plaintiff

    a.   Plaintiff served her initial disclosures on May 7, 2026.

    b.   Plaintiff served her first request for production of documents on May 7, 2026.

    c.   Plaintiff served her first supplemental disclosures on June 8, 2026.

    d.   Plaintiff served several subpoenas on June 16, 2026.

ii.  USAA GIC

    a.   USAA GIC served FRCP 26(A)(1) disclosures on June 3, 2026.

    b.   USAA GIC served responses to plaintiff's first requests for production on June 8, 2026.

c. USAA GIC served its first supplemental disclosures on June 9, 2026.

**B. DISCOVERY REMAINING:**

- Written Discovery from USAA GIC to Plaintiff.

- Depositions of Plaintiff.

- Deposition of claims examiner.

- Expert discovery, including disclosures and depositions.

**C. REASONS REMAING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY PRIOR DISCOVERY PLAN:**

The parties in this matter have been working closely with one another to exchange discovery and diligently meet and confer on any issues. There are outstanding requests for documents, third-party subpoenas, and discovery responses, which are necessary before expert discovery can be completed. Additionally, the parties are completing written discovery, third-party discovery, document production, and expert discovery before depositions are conducted.

**D. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY:**

| Event | Current Deadline (ECF No. 10) | Proposed Deadline |
| --- | --- | --- |
| Amend Pleadings or Add Parties | July 9, 2026 | August 24, 2026 |
| Initial Expert Disclosure | July 9, 2026 | August 24, 2026 |
| Rebuttal Expert Disclosure | August 10, 2026 | September 24, 2026 |
| Close of Discovery | October 7, 2026 | November 23, 2026 |
| Dispositive Motion | November 6, 2026 | December 21, 2026 |
| Pretrial Order | December 7, 2026 | January 21, 2027 |

DE 11340830.2

**E.  CURRENT TRIAL DATE:**

A trial date has not been set.

This request is made in good faith and not for purpose of delay.

Dated this 26th day of June, 2026.

/s/ Aleksandra A. Samborskaya
Aleksandra A. Samborskaya
10541 Redwood Ash Ave.
Las Vegas, NV 89144
Plaintiff Pro Se

Dated this 26th day of June, 2026.
**SPENCER FANE LLP**

/s/ Taylor Reeves
Taylor Reeves, Esq.
Nevada Bar No. 15987
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for USAA General Indemnity Company*

**ORDER**

**IT IS SO ORDERED this 26th day of June, 2026.**

UNITED STATES MAGISTRATE JUDGE

-3-

DE 11340830.2